# CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 23rd day of September, 2021, a true and correct copy of **DEFENDANT TAKO LLC'S MOTION TO REMAND WITH REQUEST FIR INSTRUCTIONS, OR ALTERNATIVELY,  <u>MOTION TO DISMISS</u>** was served to the following at their last known address(es), facsimile numbers and/or e-mail/other electronic means, pursuant to:

| | | |
|---|---|---|
| __X__ | **BY MAIL**: | N.R.C.P. 5(b), I deposited by first class United States mailing, postage prepaid at Henderson Nevada; |
| _____ | **BY FAX:** | E.D.C.R. 7.26(a), I served via facsimile at the telephone number provided for such transmissions. |
| _____ | **BY MAIL AND FAX:** | N.R.C.P 5(b), I deposited by first class United States mail, postage prepaid in Henderson, Nevada; and via facsimile pursuant to E.D.C.R. 7.26(a) |
| __X__ | **BY E-MAIL AND/OR ELECTRONIC MEANS**: | N.R.C.P. 5(b)(2)(D) and addresses (s) having consented to electronic service, I via e-mail or other electronic means to the e-mail address(es) of the addressee(s). |

Parnell Colvin
6681 Tara Ave.
Las Vegas, NV 89146
Pc681@yahoo.com

  _/s/ Jennifer Hogan_
An employee of the LAW OFFICES OF
P. STERLING KERR

---

COLVIN V. TAKO, LLC.; Case No.: 2:21-cv-01373-APG-BNW
Defendant Tako LLC's Motion to Remand with Request for Instructions, or Alternatively, Motion to Dismiss
Page **17** of **17**