UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, an individual,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>TAKO LLC, a Nevada Limited Liability Company,<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-01373-APG-BNW<br><br>**Order Dismissing Case** |

Plaintiff Parnell Colvin did not file an amended complaint by the December 10, 2021 deadline I set in a prior order. ECF No. 7. I advised Colvin that if he failed to file an amended complaint by that date, this case will be closed. *Id.*

I THEREFORE ORDER plaintiff Parnell Colvin's complaint (ECF No. 1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 6th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE